No. 135.  SCHEFOLD *v.* UNITED STATES.  October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. James L. Gerry* for petitioner.  *Acting Solicitor General Cox, Messrs. James M. McInerney, Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 136.  KOENIGER *v.* UNITED STATES.  October 8, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Edward V. Broderick* for petitioner.  *Acting Solicitor General Cox, Messrs. James M. McInerney, Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 137.  TIMKEN-DETROIT AXLE Co. *v.* CLEVELAND STEEL PRODUCTS CORP.  October 8, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Messrs. F. O. Richey* and *Wm. A. Strauch* for petitioner.  *Messrs. Newton A. Burgess, John F. Ryan* and *Lloyd L. Evans* for respondent.

No. 138.  DOLL *v.* COMMISSIONER OF INTERNAL REVENUE.  October 8, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William M. Fitch* for petitioner.  *Acting Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key, Hilbert P. Zarky* and *Miss Helen R. Carloss* for respondent.

No. 140.  MARMON ET AL. *v.* ILLINOIS.  October 8, 1945. Petition for writ of certiorari to the Supreme Court of